**1683** COMMON COUNCIL (Detroit) vs. RUSH (Controller), 82 M., 532, 10 L. R. A., 171.

To compel respondent to advertise for bids to construct election booths under Act No. 263, Laws of 1889.

Granted October 14, 1890. Respondent insisted that the act is unconstitutional and that no provision had been made for the expense.


**1684** GREENOP vs. BEACH ET AL. (Trustees of the Society of United Brethren in Christ), No. 13395.

To compel respondents to permit the use of a certain church building by other denominations than the said society of United Brethren, when the same is not in use by said society, that being one of the conditions upon which the land upon which the church was built was granted, and the agreement upon which the subscriptions were made for the erection of the church.

Order to show cause granted March 7, 1893. Writ issued upon stipulation of the parties filed April 7, 1893, without costs.